RECEIVED
JAN - 9 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL JOHNSON<br>Plaintiff | CIVIL ACTION NO. 1:18-cv-1474-P |
| VERSUS | |
| RAYMOND LABORDE<br>CORRECTIONAL CENTER, ET AL.<br>Respondent | JUDGE DEE D. DRELL<br>MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that Johnson's complaint is **DENIED AND DISMISSED with prejudice as frivolous** pursuant to §1915(e)(2)(b), §1915(A), and §1997e(e).

SIGNED this 8th day of January 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE