RECEIVED

JAN 24 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL JOHNSON | CIVIL ACTION NO.:1:18-1474 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| WARDEN McCAIN | MAG. JUDGE PEREZ-MONTES |

## MEMORANUM RULING AND ORDER

In his Motion for Reconsideration, plaintiff, Carl Johnson, requested that we review the record and we have. All relevant documents are in the record. These include the original complaint, with attached completed ARP procedural history through Stage 2. Also, upon his motion, he was allowed to proceed *in forma pauperis* in this proceeding. The matter was properly considered by the Magistrate Judge via Report and Recommendation to the undersigned. The previous ruling is correct. Accordingly, it is

**ORDERED** that the Motion for Reconsideration (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall attach a complete copy of the docket sheet to this ruling and order for Mr. Johnson's information.

SIGNED this 23rd day of January 2019, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT